B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Middle District of Alabama
Case No. <u>15–30559</u>
Chapter 7

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amy Singleton
   126 Guilford Lane
   Prattville, AL 36066

Social Security / Individual Taxpayer ID No.:
   xxx–xx–6394

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                              BY THE COURT

Dated: <u>June 24, 2015</u>

                                                            <u>William R. Sawyer</u>
                                                            United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                             Middle District of Alabama
In re:                                                                   Case No. 15-30559-WRS
Amy Singleton                                                            Chapter 7
        Debtor                       CERTIFICATE OF NOTICE
District/off: 1127-2          User: admin                  Page 1 of 2                  Date Rcvd: Jun 25, 2015
                              Form ID: B18                 Total Noticed: 40
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2015.
```
db           +Amy Singleton,    126 Guilford Lane,    Prattville, AL 36066-5128
aty          +Joshua C. Milam,    Shinbaum & Campbell,    566 S. Perry Street,    Montgomery, AL 36104-4632
aty          +Leonard N. Math,    Chambless & Math,    P.O. Box 230759,    Montgomery, AL 36123-0759
cr           +MAX CREDIT UNION,    c/o CHAMBLESS-MATH & CARR, PC,    PO BOX 230759,    MONTGOMERY, AL 36123-0759
3265227       BAPTIST MEDICAL CENTER SOUTH,    P.O. BOX 241145,    Montgomery, AL 36124-1145
3265229      +BEST BUY/CBNA,    701 EAST 60TH STRET,    Sioux Falls, SD 57104-0432
3265232       CHAMBLESS, MATH & CARR,    P.O. BOX 230759,    MONTGOMERY, AL 36123-0759
3265233      +Citibank,    CITICORP CREDIT SERVICES/ATTN: CENTRALIZ,    PO BOX 790040,
               SAINT LOUIS, MO 63179-0040
3265222       EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3265224       EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
3265235       Emergency Services of Montgomery,    PO Box 740022,    Cincinnati, OH 45274-0022
3265236       FROST-ARNETT COMPANY,    PO BOX 198988,    Nashville, TN 37219-8988
3265240      +HOLL CRD,    P O BOX 230609,    MONTGOMERY, AL 36123-0609
3265241      +HOLLOWAY CREDIT SOLUTI,    1286 CARMICHAEL WAY,    MONTGOMERY, AL 36106-3645
3265243       MAX CREDIT UNION,    P O BOX 17930,    MONTGOMERY, AL 36193
3265245       NEUROSCIENCE IMAGING,    2605 E SOUTH BLVD,    # 102,    Montgomery, AL 36116
3265246      +NEUROSURGERY & SPINE ASSOCIATES,    2065 E SOUTH BLVD,    Montgomery, AL 36116-2458
3265247       PAYPAL CREDIT,    P.O. BOX 105658,    Atlanta, GA 30348-5658
3265249      +PRATTVILLE BAPTIST,    124 S MEMORIAL DRIVE,    Prattville, AL 36067-3619
3265250      +PRATTVILLE BAPTIST EMERGENCY,    P.O. BOX 740022,    Cincinnati, OH 45274-0022
3265251       PREMIER ANESTH OF MONTGOMERY,    PO BOX 532926,    Atlanta, GA 30353-2926
3265252      +PREMIER ANESTHESIA OF MONTGOMERY,    2105 E SOUTH BLVD,    Montgomery, AL 36116-2409
3265248       Plantation Billing Center,    P O Box 189016,    Plantation, FL 33318-9016
3265255      +TATE & KIRLIN,    2810 SOUTHAMPTON ROAD,    Philadelphia, PA 19154-1207
3265256       THE CENTER FOR PAIN OF MONTGOMERY,    PO BOX 241348,    Montgomery, AL 36124-1348
3265223      +TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QDGHAMM.COM Jun 25 2015 20:33:00      Daniel G. Hamm,    Hamm & Wilkins, P.C.,
               560 South McDonough St., Ste A,    Montgomery, AL 36104-4605
3265226      +EDI: GMACFS.COM Jun 25 2015 20:33:00      ALLY FINANCIAL,    200 RENAISSANCE CTR,
               Detroit, MI 48243-1300
3265225      +EDI: GMACFS.COM Jun 25 2015 20:33:00      Ally Bank Customer Care,    P.O. Box 951,
               Horsham, PA 19044-0951
3265228      +EDI: TSYS2.COM Jun 25 2015 20:33:00      BARCLAYS BANK DELAWARE,    ATTN: BANKRUPTCY,
               P.O. BOX 8801,    WILMINGTON, DE 19899-8801
3265230      +EDI: CAPITALONE.COM Jun 25 2015 20:33:00      CAP1/BSTBY,    P.O. BOX 30253,
               Salt Lake City, UT 84130-0253
3265231      +EDI: CAPITALONE.COM Jun 25 2015 20:33:00      Capital One, N.a.,    CAPITAL ONE BANK (USA) N.A.,
               PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
3265234      +EDI: WFNNB.COM Jun 25 2015 20:33:00      Comenity Bank/Chadwicks Of Boston,
               ATTENTION: BANKRUPTCY,    PO BOX 182686,    COLUMBUS, OH 43218-2686
3265237      +EDI: RMSC.COM Jun 25 2015 20:33:00      GECRB / HH Gregg,    ATTENTION: BANKRUPTCY,
               PO BOX 103104,    ROSWELL, GA 30076-9104
3265238      +EDI: RMSC.COM Jun 25 2015 20:33:00      GECRB/Linen N' Things,    ATTENTION: BANKRUPTCY,
               PO BOX 103104,    ROSWELL, GA 30076-9104
3265239      +EDI: RMSC.COM Jun 25 2015 20:33:00      Gemb/walmart,    ATTN: BANKRUPTCY,    PO BOX 103104,
               ROSWELL, GA 30076-9104
3265242      +EDI: CBSKOHLS.COM Jun 25 2015 20:33:00      KOHLS/CAPONE,    N56 W 17000 RIDGEWOOD DR,
               MENOMONEE FALLS, WI 53051-7096
3265244      +EDI: MERRICKBANK.COM Jun 25 2015 20:33:00      Merrick Bk,    ATTN: BANKRUPTCY,    P.O. BOX 9201,
               OLD BETHPAGE, NY 11804-9001
3265253       EDI: AMSOUTH.COM Jun 25 2015 20:33:00      REGIONS BANK,    PO BOX 11007,
               BIRMINGHAM, AL 35288-0001
3265254      +EDI: RMSC.COM Jun 25 2015 20:33:00      SYNCB/TJX COS,    PO BOX 965015,    ORLANDO, FL 32896-5015
                                                                                              TOTAL: 14
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2015 at the address(es) listed below:
         Bankruptcy Administrator    ba@almb.uscourts.gov
         Daniel G. Hamm    dhamm@hammwilkins.com,    dghamm@ecf.epiqsystems.com;cwilkins@cbwlegal.com
         Joshua C. Milam    on behalf of Debtor Amy  Singleton jmilam@smclegal.com,    smclegalecf@gmail.com
         Leonard N. Math    on behalf of Creditor    MAX CREDIT UNION noticesmd@chambless-math.com
                                                                                                            TOTAL: 4